# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132529

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

DEMEL A. DUKES,
　　　　Defendant-Appellant.

SC: 132529
COA: 268467
Wayne CC: 01-001749-03

_____/

　　　　On order of the Court, the application for leave to appeal the September 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

Clerk

d0416